974

EDWIN J. ANHALT, Respondent, v. JOSEPH ENGLANDER, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Adel and Taylor, JJ.; Close, J., not voting.

BROOKLYN FREE KINDERGARTEN SOCIETY and Others, Appellants, v. ELBRAN REALTY CORP. and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust Dated September 16, 1936, for an Order Directing the Comptroller of the City of New York to Pay to It the Award for the Taking of Damage Parcel No. 117 in the Proceedings to Acquire Title to Interborough Parkway, etc., in the Borough of Queens, City of New York. REBECCA OELBAUM, as Assignee, Mortgagee and Claimant, Appellant; BROOKLYN TRUST COMPANY, as Trustee, etc., COMPTROLLER OF THE CITY OF NEW YORK, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

In the Matter of MEYER EFROS, an Attorney, Respondent.— Respondent appeared before Mr. Justice Lee Parsons Davis, directing the investigation of " ambulance chasing " in Westchester county, and frankly admitted his shortcomings. Nothing has been presented, which indicates dishonesty or unfair dealing with clients. The court deems he will be sufficiently disciplined by a censure, which is hereby imposed. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM K. REMSEN and PETER REMSEN, as Executors, etc., of WILLIAMSON KOUWENHOVEN, Deceased. WILLIAM K. REMSEN and PETER REMSEN, as Executors, etc., Appellants; FRANK KOUWENHOVEN and JENNIE JOHNSTON, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

ELLEN SWAN ROUSS and CHARLES BROADWAY ROUSS, INC., Respondents, v. GEORGE E. BARDWIL and Others, Defendants, Impleaded with 35 PARK WEST CORPORATION and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.